IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Monroe Mullins,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>    Defendant. | No. CV-15-01611-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation to Dismiss Experian Information Solutions, Inc. with Prejudice (Doc. 44),

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 44) and dismissing this action as to Experian Information Solutions, Inc., **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action in its entirety.

**Dated** this 10th day of November, 2016.

Honorable Diane J. Humetewa
United States District Judge